UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 12-6416-JFW (VBKx)**                                         Date:  August 21, 2012

Title:     Avelina Ramoran, et al. -v- Wells Fargo Bank, National Association, et al.

**PRESENT:**

  **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

  Shannon Reilly                               None Present
  Courtroom Deputy                             Court Reporter


**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
            None                                              None

**PROCEEDINGS (IN CHAMBERS):**   **ORDER DENYING PLAINTIFFS' EX PARTE APPLICATION TO REMAND ACTION TO STATE COURT; OR, IN THE ALTERNATIVE, FOR AN ORDER TO SHOW CAUSE [filed 8/16/2012; Docket No. 8]**

On August 16, 2012, Plaintiffs Avelina Ramoran and Luz Nantes ("Plaintiffs") filed an Ex Parte Application to Remand Action to State Court; Or, in the Alternative, For an Order to Show Cause ("Ex Parte Application").  On August 17, 2012, Defendant Wells Fargo Bank, N.A., as Trustee for the Pooling and Servicing Agreement Dated as of February 1, 2006 Securitized Asset Backed Receivables LLC Trust 2006-FR1 Mortgage Pass-Through Certificates, Series 2006-FR1 ("Wells Fargo") filed its Opposition.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  After considering the moving and opposing papers and the arguments therein, the Court rules as follows:

For the reasons stated in Wells Fargo's Opposition, Plaintiffs' Ex Parte Application is **DENIED**.


IT IS SO ORDERED.